1  SARA L. GABIN, OSB #81234
   Attorney for **Plaintiff**
2  Five Centerpointe Drive, Suite 400
   Lake Oswego, Oregon 97035
3  tel: 503.620.3171  fax: 503.620.3365

FILED'06 MAY 30 14:17 USDC-ORP

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                    FOR THE DISTRICT OF OREGON

10 | CHRISTINE T. HO,                  | Civil No. 04-1856-ST
11 |         Plaintiff,                 | ORDER FOR FEES – EAJA FEES
12 | vs.                                |
13 | JO ANNE B. BARNHART,               |
   | Commissioner of Social Security,   |
14 |                                    |
   |         Defendant.                 |
15

16     Based on the stipulation of the parties, it is hereby ORDERED that attorney fees
17 of $4,195.37 under the Equal Access to Justice Act, 28 U.S.C. 2412, and costs of $8.64 under 28
18 U.S.C. 1920, are awarded to plaintiff, to be made payable to SARA L. GABIN, P.C., Attorney at
19 Law, plaintiff's counsel.
20     It is further hereby ordered that a determination as to 406(b) fees shall be held in
21 abeyance until after any past due benefits owed are calculated and that plaintiff's counsel shall
22 have 30 days from such award notice to specify the amount and rational for this fee request.
23     DATED this 27 day of May, 2006.
24
25                                         _____
26                                         UNITED STATES DISRCTIC COURT JUDGE

ORDER FOR EAJA FEES - 1

1  Submitted by:
2  
3  _____
   SARA L. GABIN, OSB#81234
4  Attorney for Plaintiff

APPLICATION FOR EAJA FEES - 2