SARA L. GABIN, OSB #81234
Attorney for **Plaintiff**
Five Centerpointe Drive, Suite 400
Lake Oswego, Oregon 97035
tel: 503.620.3171  fax: 503.620.3365

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHRISTINE T. HO, | Civil No. 04-1856-ST |
| Plaintiff, | ORDER AUTHORIZING 406(b) FEES |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to 42 U.S.C. 406 (b), reasonable attorney fees in the amount of **$9,994.00** are hereby awarded to Plaintiff's attorney, Sara L. Gabin.  Previously, this court awarded Ms. Gabin **$4,195.37**, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412(d).  When issuing the 406(b) check, therefore, the agency is directed to subtract the amount previously awarded under the EAJA and to send to Ms. Gabin the balance of **$5,798.63**.  Any withheld amount then remaining should be released to plaintiff as soon as practicable.

IT SO ORDERED, this ___ day of August, 2006.

_____
JUDGE

ORDER AUTHORIZING 401(B) FEES - 1